In the Matter of Proving the Last Will and Testament of ALBERT SCHARF, Deceased. AGNES PAULINE AUHAGEN and Others, Appellants; MAX RITTERSHAUSEN and Others, Respondents. — Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Petition of JOHN W. TRUESDELL, Respondent, for Leave to Issue Execution upon a Judgment against the Property of THADDEUS K. GREEN, Deceased. ALSOPH GREEN, Individually and as Execu-

tor, etc., Appellant.— Decree of the Surrogate's Court of Westchester county affirmed, with costs, on the authority of *Matter of Holmes* (131 N. Y. 80). Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.